# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEATHER BARDEN,** | **Case No.:** 2:24-cv-00456-AC |
| Plaintiff, | *HON. MAG. ALLISON CLAIRE* |
| v. | **ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| **TRANSUNION, LLC,** | |
| Defendant. | |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

DATED: March 11, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE